**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ROCIO BRENDA HENRIQUEZ-RIVAS,
                              *Petitioner,*

v.

ERIC H. HOLDER Jr., Attorney
General,
                              *Respondent.*

No. 09-71571

Agency No.
A098-660-718

ORDER

Filed January 31, 2012

---

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3.